

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **In re:**<br><br>**Westborough SPE LLC**<br>**Debtor** | **Chapter 7**<br>**Case No. 23-40709-CJP** |
| **Lolonyon Akouete**<br>   **Plaintiff,**<br><br>**v.**<br><br>**Jonathan Goldsmith**<br>   **Defendant.** | **Adversary Proceeding**<br>**No. 24-04017-CJP** |

## ORDER

UPON FURTHER CONSIDERATION OF THE COMPLAINT IN THIS MATTER BROUGHT AGAINST DEFENDANT JONATHAN GOLDSMITH BY THE PLAINTIFF LOLOYON AKOUETE, IN WHICH THE PLAINTIFF SEEKS A DECLARATORY JUDGMENT "AFFIRMING HIS APPOINTMENT OF MANAGER" IN COUNT I AND ALSO REFERENCES A REQUEST TO "ENJOIN ANY PARTIES CONTESTING HIS APPOINTMENT FROM INTERFERING WITH THE PLAINTIFF'S MANAGEMENT OF THE COMPANY," AND THAT THIS IS A CHAPTER 7 CASE IN WHICH THE TRUSTEE IS SOLELY RESPONSIBLE TO ADMINISTER THE ASSETS OF THE ESTATE WITH RESPECT TO A CHAPTER 7 DEBTOR THAT IS NOT OPERATING, AND THE HAS NOT FILED A MOTION REQUESTING AUTHORITY FOR THE DEBTOR TO OPERATE, DETERMINING WHO THE MANAGER OF THE DEBTOR IS AT THIS JUNCTURE IS NOT PRESENTLY RELEVANT, BUT MAY BE IN THE FUTURE. ACCORDINGLY, THE COURT STAYS THIS ADVERSARY PROCEEDING AND ANY PENDING MOTIONS THAT HAVE BEEN FILED IN THIS ADVERSARY PROCEEDING PENDING ENTRY OF A FURTHER ORDER OF THE COURT.

Dated: 08/15/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge