

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>**Westborough SPE LLC**<br>    Debtor(s) | Chapter 7<br>Case No. 23-40709-CJP |
| **Lolonyon Akouete**<br>    Plaintiff(s),<br><br>v.<br><br>**Jonathan Goldsmith**<br>    Defendant(s). | Adversary Proceeding<br>No. 24-04017-CJP |

## ORDER

**MATTERS:**

#43 Motion filed by Plaintiff Lolonyon Akouete to Lift Stay, to Amend Complaint and for Expedited Processing (Re: 1 Complaint); and

#44 Supplement to Amended Complaint (Re: #43 Motion).

THE FILINGS BY THE PLAINTIFF, LOLONYON AKOUETE, AT ECF NOS. 43 AND 44 ARE DENIED. THIS ADVERSARY PROCEEDING ASSERTS POSITIONS AND EVIDENTIARY ISSUES THAT OVERLAP AND MAY BE DECIDED IN CONNECTION WITH THE TRUSTEE'S OBJECTION TO MR. AKOUETE'S CLAIM. THE COURT HAS DETERMINED THAT IT WILL BE MOST EFFICIENT TO LITIGATE THOSE ISSUES FIRST IN THAT CONTESTED MATTER.

Dated: 02/21/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge