

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br>**Westborough SPE LLC**<br>　　**Debtor(s)** | **Chapter 7**<br>**Case No. 23-40709-CJP** |
| **Lolonyon Akouete**<br>　　**Plaintiff(s),**<br><br>**v.**<br><br>**Jonathan Goldsmith**<br>　　**Defendant(s).** | **Adversary Proceeding**<br>**No. 24-04017-CJP** |

## ORDER

**MATTER:**

#47 Emergency Motion filed by Plaintiff Lolonyon Akouete To Lift Stay of Adversary Proceeding.

EMERGENCY CONSIDERATION OF THE PLAINTIFF'S EMERGENCY MOTION TO LIFT STAY OF ADVERSARY PROCEEDING [ECF NO. 47] (THE "MOTION TO LIFT STAY") IS DENIED. THE MOTION TO LIFT STAY WILL BE CONSIDERED AFTER THE COURT DETERMINES THE ORDER TO SHOW CAUSE THAT FOLLOWS.

MR. AKOUETE IS ORDERED TO SHOW CAUSE IN WRITING ON OR BEFORE MARCH 13, 2026, WHY THE ABOVE-CAPTIONED ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED FOR LACK OF STANDING AS THE COURT HAS DETERMINED THAT THE PLAINTIFF IS NOT A CREDITOR IN THIS CASE AND HAS NEVER HAD MANAGERIAL AUTHORITY WITH RESPECT TO THE DEBTOR. THE TRUSTEE MAY FILE ANY RESPONSE ON OR BEFORE MARCH 27, 2026.

Dated: 02/19/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge